NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-685

SUCCESSION OF OLIVE STANSEL GIL

VERSUS

MARK W. SEALE AND JENNIFER CASANOVA SEALE

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 99-C-2558-B
HONORABLE AARON FRANK MCGEE, III, PRESIDING
**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Ned E. Doucet, Jr., C.J., Sylvia R. Cooks and Michael G. Sullivan, Judges.

AFFIRMED.

John H. Pucheu
Pucheu, Pucheu & Robinson, L.L.P.
P.O. Box 1109
Eunice, LA 70535
(337) 457-9075
COUNSEL FOR PLAINTIFF
        Succession of Olive Stansel Gil

Christian P. Fasullo
8680 Bluebonnet Blvd., Suite F
DeRidder, LA 70809
(225) 767-0083
COUNSEL FOR DEFENDANT
        Mark W. Seale

John K. Pierre

**2900 West Fork**
**Baton Rouge, LA 70816**
**(225) 295-5638**
**COUNSEL FOR DEFENDANT**
      **Mark W. Seale**


**Jennifer Casanova Seale**
**P.O. Box 69**
**Esterwood, LA 70534**